7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* John Bosco Donohue and Sheila Ann Donohue
*Debtor*

*Bankruptcy Case No.*
12–43535–can7

**Kraus Anderson Capital, Inc.**
  Plaintiff(s)

*Adversary Case No.*
12–04275–can

v.

**John Bosco Donohue**
**Sheila Ann Donohue**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Judgment is rendered in favor of Defendant John Bosco Donohue on Plaintiffs Adversary Complaint and against Plaintiff, each party to bear its own costs. It is further noted by the court that Separate Defendant Sheila Donohues Motion for Summary Judgment and Partial Judgment had previously been entered thereon in favor of Sheila Donohue. As a consequence, all parties and issues herein have now been disposed.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
  Deputy Clerk



Date of issuance: 9/17/14

Court to serve